**BARCLAY DAMON**[LLP]

**Matthew J. Larkin**
*Partner*

December 5, 2025

**VIA ECF**

Hon. Therese Wiley Dancks
Magistrate Judge
Northern District of New York District Court
James M. Hanley Federal Building & U.S. Courthouse
100 S. Clinton Street
Syracuse, New York 13261

      Re:    Ozell Stanley v. Onondaga County et al.
                 NDNY Civil No.: 9:24-cv-1434

Dear Magistrate Judge Dancks:

      Per the Court's September 8, 2025, Text Order (Dkt. No. 31), please accept this status report on behalf of Defendants Onondaga County, Onondaga County Sheriff Tobias Shelley, and Onondaga County Deputy Sheriff Sanderson (collectively, the "County Defendants") regarding the status of discovery in this matter.

      On November 3, 2025, Plaintiff provided responses to the County Defendants' initial demands. The County Defendants are still in the process of putting together responses to the Plaintiff's initial demands in light of medical issues faced by one of the Defendants. Plaintiff has agreed to give the County Defendants an extension of time to respond to his initial demands due to this issue. With that said, the parties are not anticipating a deviation from the May 27, 2026, discovery deadline currently set by the Court.

      As always, we remain available to the Court should a conference be required. Thank you for your consideration of this matter.

                                                                     Very truly yours,

                                                                     Matthew J. Larkin

MJL
cc:      Counsel of Record (**Via ECF**)

Barclay Damon Tower - 125 East Jefferson Street - Syracuse, New York 13202 barclaydamon.com
MLarkin@barclaydamon.com  Direct: (315) 425-2805  Fax: (315) 703-6247

32885802.1