# BARCLAY DAMON LLP

**Matthew J. Larkin**
*Partner*

December 12, 2025

**VIA ECF**

Hon. Therese Wiley Dancks
Magistrate Judge
Northern District of New York District Court
James M. Hanley Federal Building & U.S. Courthouse
100 S. Clinton Street
Syracuse, New York 13261

>    Re:   Ozell Stanley v. Onondaga County et al.
>          NDNY Civil No.: 9:24-cv-1434

Dear Magistrate Judge Dancks:

As you are aware, we represent the Defendants Onondaga County, Onondaga County Sheriff Tobias Shelley, and Onondaga County Deputy Sheriff Sanderson (collectively, the "County Defendants") in the above referenced matter. Per the Court's September 8, 2025 Text Order (Dkt. No. 31), the parties are to select a mediator by December 15, 2025. The County Defendants write this letter to the Court to request that this matter be excused from the Northern District of New York's Mandatory Mediation Program.

The County Defendants believe this case is fully defensible. Therefore, we are not in a position to make an offer of settlement such that mediation would prove fruitful. We have discussed the issue with Plaintiff's counsel who has no objection to our request to opt out of Mandatory Mediation. With no authority to settle the case, we believe there is no reasonable chance of mediation being productive, and we request that the Court excuse this matter from Mandatory Mediation.

As always, we remain available to the Court should a conference be required. Thank you for your consideration of this matter.

Very truly yours,

Matthew J. Larkin

MJL
cc:   Counsel of Record (**Via ECF**)

Barclay Damon Tower - 125 East Jefferson Street - Syracuse, New York 13202 barclaydamon.com
MLarkin@barclaydamon.com  Direct: (315) 425-2805  Fax: (315) 703-6247

32930643.1